UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER JOSEPH RAINEY,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:16-cv-00088-SAB (MKD)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Before the Court is Magistrate Judge Mary K. Dimke's Report and Recommendation to Deny Plaintiff's Motion for Summary Judgment and to Grant Defendant's Motion for Summary Judgment, ECF No. 14. Judge Dimke applied the correct standard in this review of the Commissioner of Social Security's administrative decision, and after a thorough analysis, recommends the Court grant Defendant's motion for summary judgment.

A district court has jurisdiction to review a magistrate judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b). Under 28 U.S.C. § 636(b)(1) parties may file objections to the magistrate's findings and conclusions. The "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). No objections were filed here, and the Court agrees entirely with Judge Dimke's recommendation, and adopts it in its entirety.

**ORDER ADOPTING REPORT AND RECOMMENDATION . . . ^ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The Court **ADOPTS** Magistrate Judge Dimke's Report and Recommendation to Dismiss Complaint Without Prejudice, ECF No. 14, in its entirety.

2. Plaintiff's Motion for Summary Judgment, ECF No. 10, is **DENIED.**

3. Defendant's Motion for Summary Judgment, ECF No. 11, is **GRANTED**.

4. A judgment in favor of Defendant shall be **ENTERED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to **ENTER** this Order, **FORWARD** a copy to counsel, and **CLOSE** the file.

**DATED** this 23rd day of June, 2017.



Stanley A. Bastian
United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION . . . ^ 2**